**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Aaron Broussard                    Steven Broussard
Broussard & Hart                   Broussard & Hart, LLC
1301 Common Street                 1301 Common Street
Lake Charles LA 70601              Lake Charles LA 70601

**REHEARING ACTION: March 26, 2014**

**Docket Number: 13   00629-CA**

**CLAUDINE LABARRERA, ET UX.**
**VERSUS**
**BOYD GAMING CORPORATION, ET AL.**

**Appealed from Calcasieu Parish Case No. 2009-4096**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Claudine Labarrera, et al** has this day been

    **DENIED.**

cc: Robert Hugh Murphy, Counsel for the Appellee
    John Herr Musser, V, Counsel for the Appellee
    David F. Bienvenu, Counsel for Third Party